**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMANDA MORALES,

    Plaintiff,

v.                                                             1:21-cv-01044-LF-JHR

SMI FACILITY SERVICES, WADE
HUNT, GLORIA SANCHEZ, AND
VAL GARCIA,

    Defendants.

## ORDER REGARDING COMMUNICATION WITH THE COURT

On November 4, 2021, Judge Laura Fashing's chambers received an email from Plaintiff Amanda Morales with two files attached: a Response to Defendant's Motion to Quash Plaintiff's Service, and an MP3 audio filed. *See* Attachment A.

> Generally, *pro se* litigants are held to the same standards of professional responsibility as trained attorneys. It is a *pro se* litigant's responsibility to become familiar with and to comply with the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the District of New Mexico* (the "Local Rules").

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (November 2019) (Available at https://www.nmd.uscourts.gov under "Pro Se" tab). The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are also available on the Court's website (http://www.nmd.uscourts.gov under "Pro Se" tab).

> Attorneys and *pro se* parties are prohibited from all *ex parte* communication with the judge or judge's staff. *Ex parte* communication occurs when one of the parties to a lawsuit exchanges information with the assigned judge (1) without the opposing party being present, or (2) without the knowledge and consent of the opposing party.
>
> Any communication between the assigned judge and a *pro se* litigant should be in writing, and a copy of the communication should be sent to the opposing party or, if represented, to that party's attorney. The letter to the judge should indicate that

> a copy has been sent to the opposing party. Telephone or personal contact with the judge's staff should be limited to specific scheduling inquiries.

Guide for Pro Se Litigants at 11-12.

> Unless otherwise directed, all communication to the court should be addressed to the Clerk of Court, United States District Court, District of New Mexico, using the address for the division [Albuquerque, Las Cruces or Santa Fe] where the subject case has been assigned.

Guide for Pro Se Litigants at 5 (providing the Albuquerque, Las Cruces and Santa Fe addresses).

Plaintiff's email to Judge Fashing constitutes improper *ex parte* communications. The Court, therefore, has docketed the email communication (Attachment A), and forwarded the email to Mr. Gregory Biehler, the attorney for defendants SMI Facility Services and Val Garcia. **Ms. Morales has not properly filed her Response to Defendant's Motion to Quash Service. She must mail this response to the Clerk of Court to file it.** Ms. Morales may contact the clerk's office at 505-348-2000 if she needs assistance filing her response.

The Court notifies Ms. Morales that any future *ex parte* communications from her may result in sanctions.

**IT IS SO ORDERED.**

_____
Laura Fashing
United States Magistrate Judge