**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

_____

AMANDA MORALES,

      Plaintiff,

    v.                              Case No. 1:21-cv-01044-KWR-JHR

SMI FACILITY SERVICES,
WADE HUNT, and GLORIA SANCHEZ,

      Defendants.

## <u>ORDER DENYING MOTION TO REMAND</u>

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Remand to State Court (hereinafter, the "Motion"), filed November 30, 2021 (**Doc. 11**). Having reviewed the parties' briefs and applicable law, the Court finds that Plaintiff's Motion is **NOT WELL-TAKEN** and, therefore, is **DENIED**.

Plaintiff filed a multiple count complaint in New Mexico state court, which included federal claims under Title VII. Defendant subsequently removed this case under federal question jurisdiction. 28 U.S.C. §§ 1331, 1441(a).

Plaintiff now moves to remand this case, asserting that the Court lacks subject matter jurisdiction. However, the Court plainly has subject matter jurisdiction as Plaintiff has asserted federal claims, including violations of Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991, and Section 102 of the Civil Rights Act of 1991. Therefore, the Court has subject matter jurisdiction over this case.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand (**Doc. 11**) is hereby **DENIED** for the reasons described herein.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**