IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMANDA MORALES,

    Plaintiff,

v.                                          Case No. 1:21-cv-01044-MLG-JHR

SUPREME MAINTENANCE INC.,
WADE HUNT, and GLORIA SANCHEZ,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court upon the Parties' Joint Motion to Dismiss with Prejudice (Doc. 90), filed April 26, 2023. The Court having entered its Order dismissing the case (Doc. 91),

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims and causes are dismissed with prejudice, thus disposing of this case in its entirety in accordance with Fed. R. Civ. P. 58.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA